FILED
2023 Jun-22  PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SEDRICK HILLS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:21-cv-01667-RDP-HNJ |
| **PICKENS COUNTY, ALABAMA, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on May 25, 2023, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 15). Although the Magistrate Judge advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this June 22, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE